<u>Exhibit A to Summons</u>
<u>Additional Defendants Information</u>
<u>US Right to Know. v. United States Department of Health and Human Services and the United States Centers for Disease Control and Prevention</u>
<u>N.D. Cal. (August 14, 2023)</u>
<u>3:23-cv-04120</u>

To Defendant:
UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES
C/O Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-001

To Defendant:
UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES

C/O U.S. Attorney's Office
ATTN: Civil Process Clerk
450 Golden Gate Avenue
San Francisco, CA 94102