Exhibit A to Summons
Additional Defendants Information
US Right to Know v. United States Department of Health and Human Services and the United States
Centers for Disease Control and Prevention
N.D. Cal. (August 14, 2023)
3:23-04120


To Defendant:
UNITED STATES CENTERS FOR DISEASE CONTROL AND PREVENTION
C/O Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-001


To Defendant:
UNITED STATES CENTERS FOR DISEASE CONTROL AND PREVENTION
C/O U.S. Attorney's Office
ATTN: Civil Process Clerk
450 Golden Gate Avenue
San Francisco, CA 94102