AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| US Right to Know<br><br>*Plaintiff(s)*<br><br>v.<br><br>United States Department of Health and Human Services and the United States Centers for Disease Control and Prevention<br><br>*Defendant(s)* | Civil Action No. 3:23-cv-04120 PHK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States Centers for Disease Control and Prevention
Mailstop F-80
4770 Buford Highway, NE
Atlanta, GA 30341-3717

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jessica Blome (CBN 314898) and Lily Rivo (CBN 242688)
Greenfire Law, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARK B. BUSBY
*CLERK OF COURT*

Date: 8/15/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-04120 PHK

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* UNITED STATES CENTERS FOR DISEASE CONTROL AND PREVENTION C/O Attorney General of the United States
was received by me on *(date)* August 15, 2023.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Summons served pursuant to Federal Rule of Civil Procedure 4 (i)(1)

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: August 28, 2023

*Server's signature* Nuria de la Fuente

Nuria de la Fuente
*Printed name and title*

2748 Adeline St. Suite A, Berkeley, CA 94703
*Server's address*

Additional information regarding attempted service, etc:

<u>Exhibit A to Summons</u>
<u>Additional Defendants Information</u>
<u>US Right to Know v. United States Department of Health and Human Services and the United States Centers for Disease Control and Prevention</u>
<u>N.D. Cal. (August 14, 2023)</u>
<u>3:23-04120 PHK</u>

To Defendant:
UNITED STATES CENTERS FOR DISEASE CONTROL AND PREVENTION
C/O Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-001


To Defendant:
UNITED STATES CENTERS FOR DISEASE CONTROL AND PREVENTION
C/O U.S. Attorney's Office
ATTN: Civil Process Clerk
450 Golden Gate Avenue
San Francisco, CA 94102

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 70210350000190996156

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item has been delivered to an agent for final delivery in WASHINGTON, DC 20530 on August 24, 2023 at 5:02 am.

### Get More Out of USPS Tracking:

**USPS Tracking Plus®**

### Delivered to Agent
**Delivered to Agent for Final Delivery**

WASHINGTON, DC 20530
August 24, 2023, 5:02 am

See All Tracking History

Feedback

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

See

Track Another Package

Enter tracking or barcode numbers

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____         Postmark
☐ Certified Mail Restricted Delivery $ _____        Here
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage
$
Total Postage and Fees
$

Sent To: US Dep of Health & Human Services
Street and Apt. No., or PO Box No. C/O Attorney General of the US
City, State, ZIP+4® 950 Pennsylvania Ave, NW

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

[Postmark: BERKELEY MAIN PO, AUG 16 2023, BERKELEY, CA 94704]

7021 0350 0001 9099 6156