AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| US Right to Know<br><br>*Plaintiff(s)*<br>v.<br>United States Department of Health and Human Services and the United States Centers for Disease Control and Prevention<br><br>*Defendant(s)* | Civil Action No. 3:23-cv-04120 PHK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States Centers for Disease Control and Prevention
Mailstop F-80
4770 Buford Highway, NE
Atlanta, GA 30341-3717

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jessica Blome (CBN 314898) and Lily Rivo (CBN 242688)
Greenfire Law, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARK B. BUSBY
*CLERK OF COURT*

Date: 8/15/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-04120 PHK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* UNITED STATES CENTERS FOR DISEASE CONTROL AND PREVENTION C/O U.S. Attorney's Office
was received by me on *(date)* August 15, 2023 .

❒ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Summons served pursuant to Federal Rule of Civil Procedure 4 (i)(1)

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: August 28, 2023

*Server's signature:* Nuria de la Fuente

*Printed name and title:* Nuria de la Fuente

*Server's address:* 2748 Adelie Street, Suite A, Berkeley, CA 94703

Additional information regarding attempted service, etc:

Exhibit A to Summons
Additional Defendants Information
US Right to Know v. United States Department of Health and Human Services and the United States Centers for Disease Control and Prevention
N.D. Cal. (August 14, 2023)
3:23-04120 PHK

To Defendant:
UNITED STATES CENTERS FOR DISEASE CONTROL AND PREVENTION
C/O Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-001

To Defendant:
UNITED STATES CENTERS FOR DISEASE CONTROL AND PREVENTION
C/O U.S. Attorney's Office
ATTN: Civil Process Clerk
450 Golden Gate Avenue
San Francisco, CA 94102

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 70210350000190996200

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:19 pm on August 18, 2023 in SAN FRANCISCO, CA 94102.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**

SAN FRANCISCO, CA 94102
August 18, 2023, 12:19 pm

See All Tracking History

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

Track Another Package

Enter tracking or barcode numbers



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $         Postmark
☐ Certified Mail Restricted Delivery $         Here
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To: US CDC
Street and Apt. No., or PO Box No. c/o U.S. Attorney's Office
City, State, ZIP+4® ATTN: Civil Process Clerk SF

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

[Postmark: BERKELEY MAIN PO, AUG 16 2023, BERKELEY, CA 94704]