1   ISMAIL J. RAMSEY (CABN 189820)
    United States Attorney
2   MICHELLE LO (NYRN 4325163)
    Chief, Civil Division
3   MOLLY A. FRIEND (CABN 289677)
    Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-6488
6       FAX: (415) 436-6748
        molly.friend@usdoj.gov
7
8   Attorneys for Defendants

9                          UNITED STATES DISTRICT COURT

10                       NORTHERN DISTRICT OF CALIFORNIA

11                          SAN FRANCISCO DIVISION

12

13  US RIGHT TO KNOW, a California Non-Profit       Case No. 3:23-CV-04120-PHK
    Corporation,
14                                                  **STIPULATION TO EXTEND TIME WITHIN**
            Plaintiff,                              **WHICH TO ANSWER OR RESPOND TO**
15                                                  **COMPLAINT**
        v.
16
    UNITED STATES DEPARTMENT OF
17  HEALTH AND HUMAN SERVICES and the

18  UNITED STATES CENTERS FOR DISEASE
    CONTROL AND PREVENTION,
19
            Defendants.

20

21

22

23

24

25

26

27

28

Pursuant to Civil Local Rule 6-1(a), the parties to this action stipulate to extend Defendants' time within which to answer or otherwise respond to the Complaint until September 29, 2023. This extension will not otherwise impact the schedule for this case, or the date currently set for the Initial Case Management Conference of November 16, 2023.

DATED:          September 6, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney

*Attorneys for Defendants*

DATED:          September 6, 2023

Greenfire Law, PC

*/s/ Lilly Rivo*
LILY RIVO

*Attorney for Plaintiff*