JESSICA L. BLOME (CBN 314898)
LILY A. RIVO (CBN 242688)
GREENFIRE LAW, PC
2748 Adeline St, Suite A
Berkeley, CA 94703
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
jblome@greenfirelaw.com
lrivo@greenfirelaw.com

*Attorneys for Plaintiff US RIGHT TO KNOW*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| US RIGHT TO KNOW, a California Non-Profit Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES and the<br><br>UNITED STATES CENTERS FOR DISEASE CONTROL AND PREVENTION,<br><br>    Defendant. | Case No. 3:23-CV-04120 PHK<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

TO THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the following counsel within Greenfire Law, P.C. will be substituted in the above matter in place of Jessica L. Blome for Plaintiff, U.S. Right to Know:

Rachel S. Doughty:  State Bar No. 255904
rdoughty@greenfirelaw.com
2748 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fx: (510) 900-9502

September 15, 2023                                    GREENFIRE LAW, P.C.

By: _____
Jessica L. Blome