ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6488
    FAX: (415) 436-6748
    molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| US RIGHT TO KNOW, a California Non-Profit Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, and the<br><br>UNITED STATES CENTERS FOR DISEASE CONTROL AND PREVENTION,<br><br>    Defendants. | Case No. 3:23-cv-04120-PHK<br><br>**STIPULATED JOINT REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND EXEMPT PARTIES FROM RULE 26 REQUIREMENTS; [PROPOSED] ORDER** |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff, US Right to Know ("Plaintiff") and Defendants, the United States Department of Health and Human Services, and the United States Centers for Disease Control and Prevention, ("Defendants"), by and through their undersigned attorneys, hereby stipulate as follows:

    1.    On August 14, 2023, Plaintiff filed a complaint under the Freedom of Information Act in the above-entitled action.  Plaintiff's complaint centers on two FOIA requests submitted to Defendants. (ECF 1.)

    2.    On September 29, 2023, Defendants filed an answer to Plaintiff's complaint.

3. The parties have engaged in cooperative and productive communications, including phone calls and email exchanges, regarding the two FOIA requests underlying this litigation and the processing of both requests. Defendants have processed the FOIA requests and on August 18, 2023, made a production in response to the second request. Plaintiff requests further information concerning withheld/redacted documents within this August 18, 2023, production, specifically, a Vaughn Index for fully withheld documents. Defendants are working to provide this information. Defendants have completed the search for records responsive to the first request and are currently processing those records. Defendants informed Plaintiff they intend to have an interim production in response to the first request by the end of November 2023, producing those records that do not require further consultation, while the remaining records will be produced following consultation.

4. Pursuant to the Court's Notice Advancing the Initial Case Management Conference Hearing, Dkt. No. 22, an Initial Case Management Conference ("CMC") is scheduled for November 13, 2023, at 2:00 p.m. Subject to the approval of the Court, the parties hereby stipulate and request that the CMC be taken off calendar and be continued to December 18, 2024, to allow time for Defendants to continue processing the FOIA requests and provide further information to Plaintiff, including the requested Vaughn Index. The parties expect to meet and confer after Defendant produces records responsive to the first request. The parties propose that they provide the Court a joint status report by December 11, 2024.  The parties respectfully submit that this is the most efficient manner to proceed and will conserve both the parties' and the Court's resources.

5. To allow time for Defendants to process the FOIA requests and provide the requested Vaughn Index, for Plaintiff to review the records, and for the parties to resolve as many issues in this matter as possible between themselves, and because the parties believe it is unlikely this matter will require discovery, the parties further stipulate and request that they be relieved from the initial disclosure and conference requirements of Federal Rule of Civil Procedure 26(a) and (f).

///
///
///
///

6. In accordance with Civil Local Rule 5-1(h)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.

| | |
|---|---|
| DATED: November 3, 2023 | Respectfully submitted, |
| | ISMAIL J. RAMSEY<br>United States Attorney |
| | */s/ Molly A. Friend*<br>MOLLY A. FRIEND<br>Assistant United States Attorney |
| | Attorneys for Defendant |
| DATED: November 3, 2023 | GREENFIRE LAW, P.C. |
| | */s/ Lily Rivo*<br>LILY RIVO |
| | Attorneys for Plaintiff |

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, and good cause having been shown, it is hereby ordered that the Case Management Conference currently set for November 13, 2023, is continued to December 18, 2024.  The parties shall provide a joint status report by December 11, 2024.  It is further ordered that this action is exempt from the initial disclosure and conference requirements of Federal Rule of Civil Procedure 26(a) and (f).

IT IS SO ORDERED.

DATED:_____

THE HON. PETER H. KANG
United States District Magistrate Judge