RACHEL S. DOUGHTY (CBN 255904)
LILY A. RIVO (CBN 242688)
GREENFIRE LAW, PC
2748 Adeline St, Suite A
Berkeley, CA 94703
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
rdoughty@greenfirelaw.com
lrivo@greenfirelaw.com

Attorneys for Plaintiff US RIGHT TO KNOW

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| US RIGHT TO KNOW, a California Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES and the<br><br>UNITED STATES CENTERS FOR DISEASE CONTROL AND PREVENTION,<br><br>Defendants. | Case No. 3:23-cv-04120-PHK<br><br>**[PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE**<br><br>Freedom of Information Act |

[PROPOSED] ORDER REGARDING JOINT CASE MANAGEMENT CONFERENCE

**[PROPOSED] ORDER**

Pursuant to the parties' Joint Case Management Statement and good cause appearing, IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for May 26, 2024 at 10:00 a.m. is continued to June 28, 2024 at 10:00 a.m.  A case management statement shall be filed seven days before the case management conference.

IT IS SO ORDERED.

Date: _____                    _____

                                                                          THE HON. PETER H. KANG
                                                                          UNITED STATES MAGISTRATE JUDGE