RACHEL S. DOUGHTY (CBN 255904)
LILY A. RIVO (CBN 242688)
GREENFIRE LAW, PC
2748 Adeline St, Suite A
Berkeley, CA 94703
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
rdoughty@greenfirelaw.com
lrivo@greenfirelaw.com

Attorneys for Plaintiff US RIGHT TO KNOW

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| US RIGHT TO KNOW, a California Non-Profit Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES and the<br><br>UNITED STATES CENTERS FOR DISEASE CONTROL AND PREVENTION,<br><br>　　　　　Defendants. | Case No. 3:23-cv-04120-PHK<br><br>[PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE<br><br>Freedom of Information Act |

---

**[PROPOSED] ORDER**

Pursuant to the parties' Joint Case Management Statement and good cause appearing, IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for July 8, 2024, at 1:00 p.m. is continued to August 19, 2024, at 1:00 p.m. A case management statement shall be filed ~~seven~~ **TEN** days before the case management conference.

IT IS SO ORDERED.

Date: July 2, 2024

_____
THE HON. PETER H. KANG
UNITED STATES MAGISTRATE JUDGE