RACHEL S. DOUGHTY (CBN 255904)
LILY A. RIVO (CBN 242688)
GREENFIRE LAW, PC
2748 Adeline St, Suite A
Berkeley, CA 94703
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
rdoughty@greenfirelaw.com
lrivo@greenfirelaw.com

Attorneys for Plaintiff US RIGHT TO KNOW

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| US RIGHT TO KNOW, a California Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES and the UNITED STATES CENTERS FOR DISEASE CONTROL AND PREVENTION,<br><br>Defendants. | Case No. 3:23-cv-04120-PHK<br><br>**FURTHER JOINT CASE MANAGEMENT STATEMENT**<br><br>Freedom of Information Act |

Pursuant to the Court's order dated October 22, 2024, ECF 43, and the Northern District of California Standing Order, Plaintiff US Right to Know and Defendants the United States Department of Health and Human Services and United States Centers for Disease Control and Prevention ("Defendants"), submit this further joint case management statement.

**1.      Jurisdiction and Service**

Plaintiff brought this action under the Freedom of Information Act (FOIA), 5 U.S.C. § 552 *et seq*. All parties have been served. There are no issues concerning personal jurisdiction, venue, or service.

**2.      Facts**

On January 24, 2023, USRTK submitted a FOIA request to Defendant CDC seeking agency records related to the operations and activities of the CDC, specifically related to the 2014-2016 Ebola epidemic in West Africa. ECF 1-1 (Request One). On January 31, 2023, USRTK submitted a FOIA request to Defendant Department of Health and Human Services (HHS) seeking agency records pertaining to a specific former HHS employee, also related to the 2014-2016 Ebola epidemic in West Africa. ECF 1-2 (Request Two). Request Two was initially sent to Defendant HHS and then referred by HHS to Defendant CDC for direct response. ECF 1, p. 10. Plaintiff received no records.

On August 14, 2023, Plaintiff filed a complaint under the FOIA in the above-entitled action, seeking compliance with FOIA and 45 C.F.R. Part 5. On September 29, 2023, Defendants filed an answer to Plaintiff's complaint. ECF 19.

As stated in their Joint Case Management Statement filed August 19, 2024, all issues pertaining to Request Two have been resolved. ECF 41.

Regarding Request One, on April 26, 2024, Defendants produced documents in response to Plaintiff's request to re-process specific documents highlighted in the Vaughn index, including by lifting redactions and providing more information concerning applied exemptions. On May 2, 2024, counsel for Plaintiff requested further information from Defendants concerning specific exemptions and redactions within this production. On May 10, 2024, Defendants lifted many of the remaining challenged redactions. Defendant has withheld some information pursuant to FOIA Exemptions.

1  The parties have now resolved all issues pertaining to both Requests, except for fees and costs.

2  **3.      Attorneys' Fees as Remaining Issue**

3  The parties were working towards a resolution of the issue of attorneys' fees. Unfortunately, the
4  Parties reached impasse on this issue on November 7, 2024.

5  **4.      Scheduling**

6  The parties request the Court remove the Case Management Conference currently set for
7  November 15, 2024 from the calendar. Plaintiff has informed Defendants that they will file a motion for
8  attorneys' fees and the parties propose the following briefing schedule:

- Plaintiff's Motion for Attorneys' Fees:      December 28, 2024
- Defendants' Response Due:                    January 11, 2025
- Plaintiff's Reply:                           January 25, 2025
- Hearing on Motion for Attorneys' Fees:       February 8, 2025

DATED: November 8, 2024                         GREENFIRE LAW, P.C.

                                                 /s/ Lily A. Rivo
                                                LILY A. RIVO
                                                RACHEL S. DOUGHTY
                                                Attorneys for Plaintiff


                                                 /s/ Molly A. Friend
                                                MOLLY A. FRIEND
                                                Assistant United States Attorney
                                                Attorneys for Defendant

Under N.D. Cal. Local Rule 5-1(i)(3), in lieu of a signature, I attest that I obtained approval, on
November 8, 2024, from Molly Friend for the filing of this document.

                                                 /s/ Lily Rivo