RACHEL S. DOUGHTY (CBN 255904)
LILY A. RIVO (CBN 242688)
GREENFIRE LAW, PC
2748 Adeline St, Suite A
Berkeley, CA 94703
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
rdoughty@greenfirelaw.com
lrivo@greenfirelaw.com

Attorneys for Plaintiff US RIGHT TO KNOW

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| US RIGHT TO KNOW, a California Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES and the UNITED STATES CENTERS FOR DISEASE CONTROL AND PREVENTION,<br><br>Defendants. | Case No. 3:23-cv-04120-PHK<br><br>**[PROPOSED] ORDER REGARDING FURTHER JOINT CASE MANAGEMENT STATEMENT**<br><br>Freedom of Information Act |

**[PROPOSED] ORDER**

Pursuant to the parties' Further Joint Case Management Statement, and good cause having been shown, it is hereby ordered that the Case Management Conference currently set for November 15, 2024, is removed from the Court's calendar. The following briefing schedule is HEREBY ORDERED for any motion for attorneys' fees:

- Plaintiff's Motion for Attorneys' Fees:
- Defendant's Response Due:
- Plaintiff's Reply, if any due:
- Hearing on Motion for Attorneys' Fees:

IT IS SO ORDERED.

Date: _____

_____
THE HON. PETER H. KANG
UNITED STATES MAGISTRATE JUDGE