ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    FAX: (415) 436-6748
    molly.friend@usdoj.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| US RIGHT TO KNOW, a California Non-Profit Corporation, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES and the <br><br> UNITED STATES CENTERS FOR DISEASE CONTROL AND PREVENTION, <br><br> Defendants. | Case No. 3:23-cv-04120-PHK <br><br> **JOINT STIPULATION; [PROPOSED] ORDER** <br><br> Freedom of Information Act |

    Pursuant to the Court's order dated November 13, 2024 (Dkt. 45), Plaintiff US Right to Know and Defendants the United States Department of Health and Human Services and United States Centers for Disease Control and Prevention ("Defendants"), submit this joint stipulation and proposed scheduling timeline.

    This matter involves two requests made pursuant to the Freedom of Information Act ("FOIA") to Defendants. The Parties have resolved all issues related to these requests except for the issue of attorney fees and costs. The Parties are in the process of negotiating this remaining issue.

On November 8, 2024, the Parties to the above action filed a Joint Case Management Conference Statement, requesting a continuance of the Case Management Conference set for November 14, 2024, and proposing a briefing schedule for a potential Motion for Summary Judgment regarding Attorneys' Fees.  Dkt. 44.  In response, the Court denied the request and ordered the Parties to submit a stipulation and proposed scheduling order setting out a timeline for alternative dispute resolution and a motion for summary judgment on fees, if necessary.  Dkt. 45.

The Parties have met and conferred and request that the Court refer the case to a Magistrate Judge for a settlement conference regarding the outstanding issue of attorneys' fees should a settlement not be reached independently.  The Parties further request the Court to set the following schedule:

- January 31, 2025: Deadline to participate in alternative dispute resolution
- February 14, 2025: Deadline to file Motion for Summary Judgment
- February 28, 2025: Deadline to file Response to Motion for Summary Judgment
- March 7, 2025: Deadline to file Reply in support of Motion for Summary Judgment
- March 28, 2025: Hearing on Motion for Summary Judgment

DATED: November 13, 2024

/s/ Molly A. Friend

MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendant

DATED: November 13, 2024        GREENFIRE LAW, P.C.

/s/ Lily Rivo

LILY RIVO
Attorneys for Plaintiff

Under N.D. Cal. Local Rule 5-1(i)(3), in lieu of a signature, I attest that I obtained approval, on November 13, 2024, from Lily Rivo for the filing of this document.

  /s/ Molly Friend

JOINT STIPULATION; [PROPOSED] ORDER
CASE NO. 3:23-cv-04120-PHK

**[PROPOSED] ORDER**

Pursuant to the parties' Joint Case Management Statement and good cause appearing, IT IS HEREBY ORDERED that the Case Management Conference currently set for November 15, 2024, at 1:00 p.m., is removed from the Court's calendar. The following briefing schedule is HEREBY ORDERED for resolution of the outstanding issue of attorneys' fees:

- January 31, 2025: Deadline to participate in alternative dispute resolution
- February 14, 2025: Deadline to file Motion for Summary Judgment
- February 28, 2025: Deadline to file Response to Motion for Summary Judgment
- March 7, 2025: Deadline to file Reply in support of Motion for Summary Judgment
- March 28, 2025: Hearing on Motion for Summary Judgment

IT IS SO ORDERED.

Date: _____         _____

THE HON. PETER H. KANG
UNITED STATES MAGISTRATE JUDGE