ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    FAX: (415) 436-6748
    molly.friend@usdoj.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| US RIGHT TO KNOW, a California Non-Profit Corporation, | |
| Plaintiff, | Case No. 3:23-cv-04120-PHK |
| v. | **JOINT STIPULATION ON ALTERNATIVE DISPUTE RESOLUTION; [~~PROPOSED~~] ORDER** |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES and the | Freedom of Information Act |
| UNITED STATES CENTERS FOR DISEASE CONTROL AND PREVENTION, | |
| Defendants. | |

Pursuant to the Court's order dated November 14, 2024, (Dkt. 47), the Parties to the above reference action have met and conferred regarding alternative dispute resolution and hereby stipulate to and respectfully request that the Court refer the Parties to a Magistrate Judge for a settlement conference.

The Parties have continued to meet and confer regarding the remaining issue of costs and fees in this Freedom of Information Act matter and are optimistic that a settlement can be reached independently. However, the Parties agree that should a settlement not be reached independently, the Parties would benefit from a short conference with a Magistrate Judge. A proposed order is attached.

DATED: December 16, 2024

/s/ Molly A. Friend

MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendant

DATED: December 16, 2024                    GREENFIRE LAW, P.C.

 /s/ Lily Rivo
LILY RIVO
RACHEL DOUGHTY
Attorneys for Plaintiff

Under N.D. Cal. Local Rule 5-1(i)(3), in lieu of a signature, I attest that I obtained approval, on December 16, 2024, from Lily Rivo for the filing of this document.

   /s/ *Molly Friend*

1

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
CASE NO. 3:23-cv-04120-PHK

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

This matter is hereby referred to a Magistrate Judge for a settlement conference.

IT IS SO ORDERED.

Date: __12/26/2024_____    _____
                                 THE HON. PETER H. KANG
                                 UNITED STATES MAGISTRATE JUDGE