UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA RIGHT TO KNOW,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>Defendants. | Case No. 23-cv-04120-PHK<br><br>**ORDER** |

Pursuant to Local Rule 72-1, the referral to Magistrate Judge Westmore for settlement is hereby **WITHDRAWN**, and this matter is re-referred to Magistrate Judge Beeler for settlement. [Dkt. 47]. The ADR completion deadline is **RESET** to March 30, 2025, or to a convenient date to be determined by Magistrate Judge Beeler.

Additionally, the deadline for dispositive motions is hereby **VACATED** and shall be **RESET** pending the outcome of the settlement conference.

The parties will be advised of the date, time and place of the next appearance by notice from Magistrate Judge Beeler.

**IT IS SO ORDERED.**

Dated: January 10, 2025

PETER H. KANG
United States Magistrate Judge