PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-6748
molly.friend@usdoj.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| US RIGHT TO KNOW, a California Non-Profit Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES and the<br><br>UNITED STATES CENTERS FOR DISEASE CONTROL AND PREVENTION,<br><br>    Defendants. | Case No. 3:23-cv-04120-PHK<br><br>**JOINT STATUS UPDATE AND STIPULATION TO BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR FEES AND COSTS; [PROPOSED] ORDER**<br><br>Freedom of Information Act |

Pursuant to the Court's Order dated January 10, 2025, (Dkt. 51), the Parties to the above referenced action attended a settlement conference with Judge Beeler on February 10, 2025. The Parties were unable to reach a settlement at that time. *See* Dkt. 54. As such, the Parties stipulate and respectfully request that the Court enter the following briefing schedule for Plaintiff's motion for fees and costs:

- March 14, 2025: Deadline for Plaintiff to file motion for fees and costs
- March 28, 2025: Deadline for Defendants to file an opposition to the motion for fees and costs
- April 4, 2025: Deadline for Plaintiff to file reply in support of the motion for fees and costs

A proposed order is attached.

DATED: March 4, 2025

PATRICK D. ROBBINS
Acting United States Attorney

*/s/ Molly A. Friend*

MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendant

DATED: March 5, 2025

GREENFIRE LAW, P.C.

*/s/ Lily Rivo*

LILY RIVO
RACHEL DOUGHTY
Attorneys for Plaintiff

Under N.D. Cal. Local Rule 5-1(i)(3), in lieu of a signature, I attest that I obtained approval, on March 4, 2025, from Lily Rivo for the filing of this document.

__*/s/ Molly Friend*

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The following briefing schedule is set for Plaintiff's motion for fees and costs:

- March 14, 2025: Deadline for Plaintiff to file motion for fees and costs
- March 28, 2025: Deadline for Defendants to file an opposition to the motion for fees and costs
- April 4, 2025: Deadline for Plaintiff to file reply in support of the motion for fees and costs

IT IS SO ORDERED.

Date: _____         _____

                                                                                    THE HON. PETER H. KANG
                                                                                    UNITED STATES MAGISTRATE JUDGE