PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-6748
molly.friend@usdoj.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| US RIGHT TO KNOW, a California Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES and the<br><br>UNITED STATES CENTERS FOR DISEASE CONTROL AND PREVENTION,<br><br>Defendants. | Case No. 3:23-cv-04120-PHK<br><br>**JOINT STIPULATION ON ELIGIBILITY FOR FEES AND COSTS**<br><br>Freedom of Information Act |

Pursuant to the Parties' joint stipulation and the Court Order (Dkt. 56), Plaintiff in the above action intends to file a Motion for Fees and Costs ("Motion"). The Parties hereby stipulate that for purposes of Plaintiff's Motion only, Defendants do not contest Plaintiff's eligibility for fees and costs in this matter. By entering this stipulation, Defendants expressly do not stipulate as to Plaintiff's entitlement to fees and costs or to the reasonableness of any alleged fees or costs.

DATED: March 10, 2025

PATRICK D. ROBBINS
Acting United States Attorney

*/s/ Molly A. Friend*

MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendant

DATED: March 12, 2025

GREENFIRE LAW, P.C.

*/s/ Lily Rivo*

LILY RIVO
RACHEL DOUGHTY
Attorneys for Plaintiff

Under N.D. Cal. Local Rule 5-1(i)(3), in lieu of a signature, I attest that I obtained approval, on March 4, 2025, from Lily Rivo for the filing of this document.

__*/s/ Molly Friend*

1

JOINT STIPULATION ON ELIGIBILITY
CASE NO. 3:23-cv-04120-PHK