Rachel S. Doughty (Cal. Bar No. 255904)
Lily A. Rivo (Cal Bar No. 242688)
GREENFIRE LAW, PC
2478 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fax: (510) 900-9502
Email: RDoughty@greenfirelaw.com
LRivo@greenfirelaw.com
Attorneys for Plaintiff US Right to Know

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| US RIGHT TO KNOW, a California Non-Profit Corporation<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES and the UNITED STATES CENTERS FOR DISEASE CONTROL AND PREVENTION,<br><br>Defendants. | Case No.: 3:23-cv-04120-PHK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Hearing Date: April 18, 2025<br>Time: 1:00 p.m.<br>Judge: Hon. Peter H. Kang<br>Dept: Floor 15, Courtroom F |

Plaintiff US RIGHT TO KNOW ("USRTK") submitted a FOIA request ("Request One") to Defendant UNITED STATES CENTERS FOR DISEASE CONTROL AND PREVENTION ("CDC") and UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES ("HHS") on January 24, 2023, and USRTK submitted a FOIA request to HHS ("Request Two") on January 31, 2023, seeking records related to the origins of the 2014 Ebola outbreak in West Africa. Because Defendants were non-responsive to USRTK's FOIA Requests, Plaintiff filed the complaint in this action on August 14, 2023. By that time, almost seven months had passed from USRTK's submission of both Request One and Request Two.

After the complaint was filed, Defendants provided interim releases of documents,

withholding numerous records based on claimed FOIA exemptions. On April 22, 2024, this Court ordered Defendants to re-process documents no later than April 26, 2024. Defendants responded by providing supplemental records and removing most claimed exemptions. On May 17, 2024, the parties informed the Court that they had resolved all issues pertaining to Defendants' production for Request One and Request Two, except for attorneys' fees and costs. The parties engaged in settlement negotiations and attended a settlement conference between June of 2024 and January of 2025, to no avail.

Before the Court is Plaintiff's Motion for Attorneys' Fees and Costs, wherein Plaintiff's seek $139,778.15 in fees and $1,1337.60 in costs, for a total award of $141,115.75. The parties have stipulated that Plaintiff is eligible for fees and costs, and Plaintiff has established that it is entitled to fees and costs because (1) the records sought by Plaintiff's FOIA Requests are in the public interest, (2) USRTK is a non-profit organization with has no commercial interest in the records, and (3) Defendants had no colorable basis in law for denying USRTK access to the records sought in the FOIA Requests.

Of the fees being requested, most of the fees were incurred as a result of settlement negotiations and in preparation of the instant motion. Based on the effort and risk undertaken by Plaintiff in obtaining the records sought by USRTK's FOIA Requests and the prompt and good faith attempt of Plaintiff's counsel to resolve attorney's fees and costs without having to resort to a motion, the Court finds that the requested attorney's fees and costs are reasonable.

Having considered the motion briefing, the arguments of counsel, and the other matters on file in this action, the Court GRANTS Plaintiff's Motion for Attorneys' Fees and Costs and ORDERS Defendants to pay $139,778.15 in fees and $1,1337.60 in costs, for a total of $141,115.75

Dated: _____

By: _____
Peter H. Kang
United States District Judge