Rachel S. Doughty (Cal. Bar No. 255904)
Lily A. Rivo (Cal Bar No. 242688)
GREENFIRE LAW, PC
2478 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fax: (510) 900-9502
Email: RDoughty@greenfirelaw.com
          LRivo@greenfirelaw.com

*Attorneys for Plaintiff US Right to Know*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| US RIGHT TO KNOW, a California Non-Profit Corporation<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES and the UNITED STATES CENTERS FOR DISEASE CONTROL AND PREVENTION,<br><br>    Defendants. | Case No.: 3:23-cv-04120-PHK<br><br>**DECLARATION OF RACHEL S. DOUGHTY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br><br>Hearing Date: April 18, 2025<br>Time: 1:00 p.m.<br>Judge: Hon. Peter H. Kang<br>Dept: Floor 15, Courtroom F |

   I, Rachel Doughty, hereby declare as follows:

   1.  I submit this declaration in support of Plaintiff's Motion for Award of Attorneys' Fees in the above-captioned matter.  I have personal knowledge of the matters stated herein and, if called as a witness, could and would competently testify thereto.

   2.  Greenfire Law, PC serve as counsel for U.S. Right to Know ("USRTK") in this matter. As counsel, we engage in various aspects of prosecuting this case, including legal

research and drafting, client counseling, and review of documents released to test the
appropriateness of exemptions claimed.

**I.    Counsel in this Case**

3.        I am licensed to practice law and am in good standing in California (Bar Number
255904). I received my J.D. from The University of Virginia in 2004. I founded Greenfire Law
in 2011. Greenfire Law primarily represents individual citizens and nonprofit organizations in
public-interest litigation, including FOIA and California Public Records Act matters. Before
founding Greenfire Law, I worked at Paul Hastings, LLP, Gary Davis and Associates, and
WildLaw. I have been admitted to the bar and have litigation experience in California and North
Carolina (now inactive), I am admitted to the Ninth Circuit Court of Appeals as well as the
federal District of D.C. Court, and I have appeared pro hac vice in federal district courts in
Mississippi, Alabama, and Florida, as well as before the Fourth and Eleventh Circuit Courts of
Appeal. In 2023, I was awarded the Clay Award for Consumer Protection and the award for Top
Verdicts 2022 by the Daily Journal for my work as lead counsel in *Lee v. Amazon.com*, 76
Cal.App.5th 200 (2022). I have been designated a "California Super Lawyer" each year from
2023 to the present. Additionally, I was lead counsel for petitioner Story of Stuff Project before
the California State Water Resources Control Board regarding BlueTriton Brands' removal of
water from the San Bernardino National Forest. Order WR 2023-0042. Prior to law school, I was
a fellow at the Environmental Protection Agency, in the Office of Water. I have spoken at
various conferences and events and have published in both scientific and legal scholarly journals.
Prior to law school, I earned a B.S. in biochemistry, cellular, and molecular biology from the
University of Tennessee and an M.S. in natural resources management, with a minor focus on
biogeochemistry from Cornell University.

4.        Jessica Blome is a shareholder at Greenfire Law. She is licensed to practice law
and is in good standing in California (Bar Number 314898). She received her J.D. from the
University of Iowa College of Law in 2007. Before joining Greenfire Law, Ms. Blome was the
Deputy Director at the San Francisco Ethics Commission for Enforcement and Legal Affairs.
Prior to that she was a litigator at the Animal Legal Defense Fund, and before that, for six years

1   she was an Assistant Attorney General in Missouri. During her service at the Missouri Attorney

2   General's Office, Ms. Blome received the Missouri Up & Coming Lawyer Award, the Litigate

3   Like a Champion Award, the Attorney General's Award for Extraordinary Contribution to the

4   Office, and the Attorney General's Award for Excellence in Client Service. Ms. Blome was also

5   awarded the Clay Award for Consumer Protection and the award for Top Verdicts 2022 by the

6   Daily Journal for her work on *Lee v. Amazon.com*, 76 Cal.App.5th 200 (2022).

7         5.     Lily Rivo is licensed to practice law and is in good standing in California (Bar

8   Number 242688). She received her J.D. from Hastings College of the Law in 2005. Before

9   joining Greenfire Law, Ms. Rivo worked at the Department of Justice, representing the State of

10  California and its employees in civil litigation before California state and federal courts,

11  including the Northern District of California and the Eastern District of California. At Greenfire

12  Law, Ms. Rivo has worked on a number of FOIA request cases, as well as other public interest

13  matters.

14        6.     Jennifer Rae Lovko is licensed to practice law and is in good standing in

15  California (Bar Number 208855). She received her J.D. from Golden Gate University School of

16  Law in 2000. Ms. Lovko has substantial civil litigation experience before both state and federal

17  courts. Additionally, she has taken over a dozen cases to trial and participated in post-trial

18  motions practice (including experience with fee and cost motions). In addition to her work as a

19  litigator, Ms. Lovko has been a contributing author in several Continuing Education of the Bar

20  (CEB) publications.

21  **II.**     **Settlement**

22        7.     On May 17, 2024, the parties informed the Court that they had resolved all issues

23  pertaining to Defendants' production for Request One and Request Two, except for attorneys'

24  fees and costs. Together with my associate, Lily Rivo, I tried for months to resolve the matter of

25  fees in this case through settlement.

26        8.     On June 7, 2024, Plaintiff's counsel sent correspondence to Defendants' counsel

27  with an estimate of Plaintiff's fees and costs and an offer of settlement. On June 24, 2024,

28  Defendants requested a formal demand letter with supporting billing summaries in response. On

July 5, 2024, Plaintiff sent Defendants a formal demand letter with supporting billing entries and requested a response by July 26, 2024.

9.    Between July 5, 2024, and August 12, 2024, USRTK did not hear from Defendants regarding their offer to settle attorneys' fees. Finally, more than two months after providing the requested justification for fees, on September 13, 2024, Defendants provided a formal response to USRTK's fees and costs demand. In this response, Defendants argued against USRTK's eligibility, entitlement, and the reasonableness of the request for fees.

10.   Settlement communications continued from October 2024 through January 2025, to no avail. On February 10, 2025, the parties attended a settlement conference before Magistrate Judge Laurel Beeler, which also did not lead to settlement.

11.   Thereafter, I rescinded our outstanding offer, turning my team's attention to preparing a fee motion, as settlement was not within reach, despite our best efforts.

## III.   Hours and Fees

12.   Greenfire Law has represented USRTK in several FOIA cases against US government agencies. In all of these matters, including the instant case, Greenfire Law PC agreed to representation on a contingency fee basis, assuming the risk of incurring hours that may, or may not, be compensated at the end of a case. If courts do not award Greenfire Law for successful litigation, the firm could not do the work we do, which would effectively close the door on public interest litigation for many clients.

13.   I managed the Greenfire Law legal staff who worked on this matter. As is my usual practice, I pushed work down to the lowest cost-effective biller, requiring contemporaneous keeping of time records of all staff, and minimizing legal work while providing excellent services.

14.   All Greenfire Law staff are required to keep time contemporaneously, and we maintain a Clio Practice Management account to make sure that this occurs. I review all time records on each case I supervise.

15.   I have reviewed each time entry by Greenfire Law staff for this matter. In some cases, I have reduced the time for which we seek recovery, sometimes fully writing off entries.

For example, I reduced the time for which we seek recovery based on Jessica Blome's, Lily Rivo's, Rae Lovko's and my own work on this case. In addition, almost all work performed by administrative staff and paralegals has been written off. In total, I reduced the hours for which fees are being sought by 23.77%.

## A. Reasonableness of Fees

16.     Attached hereto as Exhibit 1 is a true and correct copy of a spreadsheet containing time entries, with a description of the work performed, in this litigation. Each item is correct and has been necessarily incurred in the case, the services for which fees have been charged were actually and necessarily performed, and each is allowable by law.

17.     **Table 1**, below is a true and correct copy of the list of billers in this matter and the rate sought for each. The rates sought for each attorney are the rate identified by Laffey Matrix for 2024-2025.

### Table 1: Billers and Rates Sought

| Biller | Graduation Year | Firm | Years Experience | Rate |
|---|---|---|---|---|
| Rachel Doughty | 2004 | GFL | 20 | $1,141.00 |
| Lily Rivo | 2005 | GFL | 19 | $948.00 |
| Jessica Blome | 2007 | GFL | 17 | $948.00 |
| Rae Lovko | 2000 | GFL | 21 | $1,141.00 |
| Administrative Staff/Paralegals | | GFL | | $258.00 |

18.     **Table 2** is a summary of hours by biller in this matter. As of March 12, 2025, Greenfire Law has expended 185 hours in this case. After applying billing judgment, Greenfire Law seeks fees for 144 hours. More time will be incurred in filing, reviewing any opposition from Defendants and replying to the same, and in preparing for and arguing the motion on fees.

### Table 2: Hours by Biller with Reduction Shown

| Biller | Total Hours Billed | Hours Demanded | % Reduction |
|---|---|---|---|
| Rachel Doughty | 20.8 | 19.201 | 7.69% |
| Lily Rivo | 113.3 | 104.648 | 7.64% |
| Jessica Blome | 4.3 | 2.75 | 36.05% |

DECLARATION OF RACHEL S. DOUGHTY ISO
PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS
3:23-cv-04120-PHK

| | | | |
|---|---|---|---|
| Rae Lovko | 13.6 | 13.1 | 3.68% |
| Administrative Staff/Paralegals | 33 | 4.3 | 86.97% |
| **Total** | 185 | 144 | |

19.     Table 3 provides a breakdown by billing category of hours demanded and total hours billed, with reduction shown.

**Table 3: Hours by Billing Category with Reduction Shown**

| Category | Total Incurred Hours | Demand Hours | % Reduction |
|---|---|---|---|
| L190 Other Case Assessment, Development and Administration | 2 | 1.25 | 37.50% |
| L210 Pleadings | 33.2 | 18.175 | 45.26% |
| L140 Document/File Management | 15.6 | 0.9 | 94.23% |
| L250 Other Written Motions and Submissions | 3.9 | 3.2 | 17.95% |
| P280 Other | 0.8 | 0.2 | 75.00% |
| L230 Court Mandated Conferences | 14.2 | 11.9 | 16.20% |
| P300 Structure/Strategy/Analysis | 1.8 | 1.8 | 0.00% |
| P100 Project Administration | 0.3 | 0.2 | 33.33% |
| L120 Analysis/Strategy | 27.8 | 26.4 | 5.04% |
| L160 Settlement/Non-Binding ADR | 56 | 52.804 | 5.71% |
| C200 Researching Law | 3 | 2.67 | 11.00% |
| L460 Post-Trial Motions and Submissions | 26.1 | 24.5 | 6.13% |

20.     As Table 3 demonstrates, 27.8 hours were spent on "L120 Analysis/Strategy." This category represents work related to communication with Defendants regarding record production and claimed exemptions, as well as reviewing records produced. The most significant amount of incurred hours resulted from work associated with settlement (L160 Settlement/Non-

Binding ADR with 56 hours) and preparation of this fee motion (L460 Post-Trial Motions and Submissions with 26.1 hours). Of the 144 hours for which Plaintiff seeks fees, approximately 54% of the fees are based on work associated with settlement and this fee motion.

21.     **Table 4** is a summary of the total Laffey Lodestar and total Laffey demand, with reduction shown.

**Table 3: Laffey Demand by Biller with Reduction Shown**

| Biller | Total Laffey Lodestar | Total Laffey Demand | % Reduction |
|---|---|---|---|
| Rachel Doughty | $23,732.80 | $21,908.34 | 7.69% |
| Lily Rivo | $107,408.40 | $99,206.30 | 7.64% |
| Jessica Blome | $4,076.40 | $2,607.00 | 36.05% |
| Rae Lovko | $15,517.60 | $14,947.10 | 3.68% |
| Administrative Staff/Paralegals | $8,602.30 | $1,109.40 | 86.97% |
| **Total** | $159,337.50 | $139,778.15 | |

### B.     Reasonableness of Expenses

22.     A total of $1,337.6 have been incurred in costs as of March 12, 2025, as shown in **Table 4**, below. True and correct copies of receipts for expenses from 8/23/2023 through 2/14/2005 are attached hereto as <u>Exhibit 2</u>. Richard Drury will issue his invoice at the end of the month; however, he informed me that he billed .8 hours at $1000.00 per hour for a total of $800.00.

*Table 4: Expenses*

| Date | UTBMS expense code | Description | Charge |
|---|---|---|---|
| 8/23/2023 | E108 Postage | USPS certified mail receipts for process of service on six defendants | $47.16 |
| 8/23/2023 | E112 Court fees | Complaint filing | $402.00 |
| 1/31/2025 | E108 Postage | FedEx charges for overnight delivery to court | $32.46 |
| 2/14/2025 | E109 Local travel | Parking fees for attendance at hearing for RSD | $28.00 |
| 2/14/2025 | E109 Local travel | Parking fees for attendance at hearing for LR | $28.00 |
| 3/12/2025 | E243 Consultant | Drury Invoice | $800.00 |

1  I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th

2  day of March, 2025, in Berkeley, California.

3

4                                      By:   */s/ Rachel S. Doughty*

5                                            Rachel S. Doughty

6  Under N.D. Cal. Local Rule 5-1(i)(3), in lieu of a signature, I attest that I obtained approval,

7  on March 14, 2025 from Declarant for the filing of this declaration.

8

9                                      By:   */s/ Lily Rivo*

10                                           Lily Rivo

11                                      ATTORNEY FOR PLAINTIFFS

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28