EXHIBIT  B
to Declaration of Rachel S. Doughty

# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:23-cv-04120-PHK

US Right to Know v. U.S. Department of Health and Human
Services et al
Assigned to: Magistrate Judge Peter H Kang
Referred to: Magistrate Judge Laurel Beeler (Settlement)
Cause: 05:552 Freedom of Information Act

Date Filed: 08/14/2023
Jury Demand: None
Nature of Suit: 895 Freedom of Information
Act
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**US Right to Know**                                   represented by **Lily Anne Rivo**
2748 Adeline St.
Suite A
Berkeley, CA 94703
510-900-9502
Email: lrivo@greenfirelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel S. Doughty**
Greenfire Law, PC
2748 Adeline St
Suite A
Berkeley, CA 94703
510-900-9502
Fax: 510-900-9502
Email: rdoughty@greenfirelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Blome**
Greenfire Law, PC
2478 Adeline St.
Suite A
Berkeley, CA 94703
510-900-9502
Fax: 510-900-9502
Email: jblome@greenfirelaw.com
*TERMINATED: 09/15/2023*

**Richard A. Brody**
Greenfire Law, PC
P.O. Box 8055
Berkeley CA, CA 94707
510-900-9502
Fax: 510-900-9502
Email: rbrody@greenfirelaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **U.S. Department of Health and Human Services** | represented by | **Molly Anne Landon Friend** |
| | | DOJ-USAO |
| | | 450 Golden Gate Avenue |
| | | San Francisco, CA 94102 |
| | | 415-436-7177 |
| | | Email: molly.friend@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **U.S. Centers for Disease Control and Prevention** | represented by | **Molly Anne Landon Friend** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/14/2023 | 1 | COMPLAINT against U.S. Department of Health and Human Services, U.S. Centers for Disease Control and Prevention (Filing fee $ 402, receipt number ACANDC-18544240). Filed by US Right to Know. (Attachments: # 1 Exhibit Exhibit A to Complaint, # 2 Exhibit Exhibit B to Complaint, # 3 Civil Cover Sheet)(Rivo, Lily) (Filed on 8/14/2023) Modified on 8/15/2023 (slh, COURT STAFF). (Entered: 08/14/2023) |
| 08/14/2023 | 2 | Proposed Summons. (Attachments: # 1 A to Summons HHS)(Rivo, Lily) (Filed on 8/14/2023) (Entered: 08/14/2023) |
| 08/14/2023 | 3 | Proposed Summons. (Attachments: # 1 A to Summons CDC)(Rivo, Lily) (Filed on 8/14/2023) (Entered: 08/14/2023) |
| 08/14/2023 | 4 | Corporate Disclosure Statement by US Right to Know (Rivo, Lily) (Filed on 8/14/2023) (Entered: 08/14/2023) |
| 08/14/2023 | 5 | Case assigned to Magistrate Judge Peter H Kang. Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E-Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening. Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. Consent/Declination due by 8/28/2023. (kmg, COURT STAFF) (Filed on 8/14/2023) (Entered: 08/15/2023) |
| 08/15/2023 | 6 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 11/9/2023. Initial Case Management Conference set for 11/16/2023 at 10:30 AM in San Francisco, Courtroom F, 15th Floor. (slh, COURT STAFF) (Filed on 8/15/2023) (Entered: 08/15/2023)** |
| 08/15/2023 | 7 | Summons Issued as to U.S. Department of Health and Human Services, U.S. Attorney and U.S. Attorney General (slh, COURT STAFF) (Filed on 8/15/2023) (Entered: 08/15/2023) |

 GREENFIRE LAW, PC

Greenfire Law, PC Administrative <administrative@greenfirelaw.com>

**Fwd: USPS eReceipt**
1 message

**Nuria de la Fuente** <ndelafuente@greenfirelaw.com>
To: Carla Barraez <administrative@greenfirelaw.com>
Cc: Lily Rivo <lrivo@greenfirelaw.com>, Donna Wallace <dwallace@greenfirelaw.com>

Hi Carla,

Attached please find the USPS certified mail receipts for the process of service on six defendants.
Please bill them to the matter: 2023-00697-U.S. Right to Know/CDC, HSS E

Thank you,

---------- Forwarded message ---------
From: <DoNotReply@ereceipt.usps.gov>
Date: Wed, Aug 16, 2023 at 2:30 PM
Subject: USPS eReceipt
To: <NDELAFUENTE@greenfirelaw.com>

 **UNITED STATES POSTAL SERVICE ®**

BERKELEY
2000 ALLSTON WAY
BERKELEY, CA 94704-9998
(800)275-8777

| 08/16/2023 | | | 02:29 PM |
|---|---|---|---|

------------------------------------------------

| Product | Qty | Unit Price | Price |
|---|---|---|---|

------------------------------------------------

| First-Class Mail® | 1 | | $3.51 |
| Large Envelope | | | |
| Washington, DC 20201 | | | |
| Weight: 0 lb 9.30 oz | | | |
| Estimated Delivery Date | | | |
| Mon 08/21/2023 | | | |
| Certified Mail® | | | $4.35 |
| Tracking #: | | | |
| 70210350000190996149 | | | |
| Total | | | $7.86 |
| | | | |
| First-Class Mail® | 1 | | $3.51 |
| Large Envelope | | | |
| Washington, DC 20530 | | | |
| Weight: 0 lb 9.50 oz | | | |
| Estimated Delivery Date | | | |
| Mon 08/21/2023 | | | |
| Certified Mail® | | | $4.35 |
| Tracking #: | | | |
| 70210350000190996156 | | | |
| Total | | | $7.86 |
| | | | |
| First-Class Mail® | 1 | | $3.51 |
| Large Envelope | | | |
| San Francisco, CA 94102 | | | |
| Weight: 0 lb 9.30 oz | | | |
| Estimated Delivery Date | | | |
| Fri 08/18/2023 | | | |
| Certified Mail® | | | $4.35 |
| Tracking #: | | | |
| 70210350000190996163 | | | |
| Total | | | $7.86 |
| | | | |
| First-Class Mail® | 1 | | $3.51 |
| Large Envelope | | | |
| Washington, DC 20530 | | | |
| Weight: 0 lb 9.30 oz | | | |
| Estimated Delivery Date | | | |
| Mon 08/21/2023 | | | |
| Certified Mail® | | | $4.35 |
| Tracking #: | | | |
| 70210350000190996187 | | | |
| Total | | | $7.86 |
| | | | |
| First-Class Mail® | 1 | | $3.51 |
| Large Envelope | | | |
| Atlanta, GA 30341 | | | |
| Weight: 0 lb 9.40 oz | | | |
| Estimated Delivery Date | | | |
| Mon 08/21/2023 | | | |
| Certified Mail® | | | $4.35 |
| Tracking #: | | | |
| 70210350000190996194 | | | |

Total                                    $7.86

First-Class Mail®              1          $3.51
Large Envelope
   San Francisco, CA 94102
   Weight: 0 lb 9.60 oz
   Estimated Delivery Date
      Fri 08/18/2023
   Certified Mail®                        $4.35
      Tracking #:
         70210350000190996200
Total                                    $7.86

------------------------------------------------------------
Grand Total:                            $47.16
------------------------------------------------------------
Credit Card Remit                       $47.16
   Card Name: VISA
   Account #: XXXXXXXXXXXX0436
   Approval #: 08231G
   Transaction #: 787
   AID: A0000000031010    Contactless
   AL: VISA CREDIT
   CAPITAL ONE VISA
------------------------------------------------------------

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/pos?mt=9
or call 1-800-410-7420.

------------------------------------------------------------
UFN: 050642-0051
Receipt #: 840-59450115-1-4514265-2
Clerk: 06

**Privacy Act Statement:** Your information will be used to provide you with an electronic receipt for your purchase transaction via email. Collection is authorized by 39 USC 401, 403, and 404. Providing the information is voluntary, but if not provided, we will be unable to process your request to receive an electronic receipt. We do not disclose your information to third parties without your consent, except to facilitate the transaction, to act on your behalf or request, or as legally required. This includes the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a U.S. Postal Service auditor; to entities, including law enforcement, as required by law or in legal proceedings; to contractors and other entities aiding us to fulfill the service (service providers); to process servers; to domestic government agencies if needed as part of their duties; and to a foreign government agency for violations and alleged violations of law. For more information on our privacy policies visit www.usps.com/privacypolicy.

This is an automated email. Please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of this email by you is prohibited.

--
Nuria de la Fuente, *Office Manager*
**Greenfire Law, PC**
2748 Adeline Street, Suite A
Berkeley, CA 94703
T: 510.900.9502 x 700
F: 510.900.9502
ndelafuente@greenfirelaw.com

FedEx® Billing Online    **Invoices › Invoice Details** › Shipment Details

      

| | | | | | | |
|---|---|---|---|---|---|---|
| SUMMARY | INVOICES | MANAGE PAYMENTS | ADMINISTRATION ⌄ | REPORTING ⌄ | HELP | |

### SHIPMENT DETAILS

## Tracking ID 771803277400

← Shipment 1 of 1 →

**BILLING INFORMATION**

| | |
|---|---|
| Tracking ID number | 771803277400 |
| Invoice number | 4-813-96985 |
| Account number | 7530-3672-5 |
| Invoice date | 02/05/2025 |
| Due date | 02/20/2025 |
| Total billed | $32.46 |
| Tracking ID balance due | $0.00 |
| Status | Closed |

**VIEW SIGNATURE PROOF OF DELIVERY**

**DISPUTE SHIPMENT**

**TRANSACTION DETAILS**

**Sender information**
Greenfire Law, PC
Rachel Doughty
2748 Adeline Street
Suite A
BERKELEY CA 94703
US

**Recipient information**
Hon. Laurel Beeler
U.S. District Court
450 Golden Gate Avenue, 16th Floor
SAN FRANCISCO CA 94102
US

 **Shipments**

Shipment details ⌄

 **Payments and charges**

Charges ⌃

**CHARGES**

| | |
|---|---|
| Transportation Charge | $34.71 |
| Discount | -$10.50 |
| Weekday Delivery | $0.00 |
| DAS Commercial | $3.36 |
| Fuel Surcharge | $4.89 |
| Total | $32.46 |

 **Historical Reference**

ASK FEDEX

Reference ⌄

💬  **Messages**

Messages ⌄

**OUR COMPANY**

About FedEx

Our Portfolio

Investor Relations

Careers

FedEx Blog

Corporate Responsibility

Newsroom

Contact Us

**MORE FROM FEDEX**

FedEx Compatible

FedEx Developer Portal

FedEx Logistics

ShopRunner

**LANGUAGE**

 United States

**FOLLOW FEDEX** 

© FedEx 1995–2025



Site Map  |  Terms of Use  |  Privacy & Security  |  Ad Choices

Feb
12

**Impark00270201A**

$28.00

Gas/Automotive

Lily R. ...6301

**360 Grove St**
SAN FRANCISCO, CA 94102 USA
Merchant Website

**Purchased:** Mon, Feb 10, 2025
**Posted:** Wed, Feb 12, 2025
**Purchased By:** LILY RIVO

Appears on statement as: IMPARK00270200A SAN FRANCISCO CA 94102 US

Report a problem

Feb
12



Impark00270201A

$28.00

Gas/Automotive

Rachel D. ...2306

360 Grove St
SAN FRANCISCO, CA 94102 USA
Merchant Website

Purchased:      Mon, Feb 10, 2025
Posted:         Wed, Feb 12, 2025
Purchased By:   RACHEL S DOUGHTY

Appears on statement as: IMPARK00270200A SAN
FRANCISCO CA 94102 US

⚑ Report a problem