**EXHIBIT  A**
**to Declaration of Lily A. Rivo**



Lily Rivo <lrivo@greenfirelaw.com>

---

## 1st Interim Response (23-00592-FOIA) US RTK v. CDC 23-cv-04120

**Lily Rivo** <lrivo@greenfirelaw.com>
To: "Friend, Molly (USACAN)" <Molly.Friend@usdoj.gov>
Cc: Rachel Doughty <rdoughty@greenfirelaw.com>

Thu, Jan 4, 2024 at 3:38 PM

Molly,
I've conferred with our client. They request more information concerning both partially withheld and fully withheld documents for this production in the form of a Vaughn Index.
Can you also please provide the date by which the remaining 5 pages will be sent?
Thank you.
Lily

Lily Rivo, Esq.
**Greenfire Law, PC**
2748 Adeline Street, Suite A
Berkeley, CA 94703
T: 510.900.9502 x 712
lrivo@greenfirelaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact me immediately by return e-mail or at 510-900-9502 x 2, and destroy the original transmission and its attachments without reading or saving in any manner.

[Quoted text hidden]



**Lily Rivo <lrivo@greenfirelaw.com>**

---

## U.S. Right to Know v. HHS & CDC, 3:23-cv-4120-PHK

**Lily Rivo** <lrivo@greenfirelaw.com>                                           Thu, Jan 4, 2024 at 3:40 PM
To: "Friend, Molly (USACAN)" <Molly.Friend@usdoj.gov>
Cc: Rachel Doughty <rdoughty@greenfirelaw.com>

Hi Molly.
Following up on the status of the documents withheld regarding Request 1. We requested a Vaughn index for fully
withheld documents.
Thank you,
Lily

Lily Rivo, Esq.
**Greenfire Law, PC**
2748 Adeline Street, Suite A
Berkeley, CA 94703
T: 510.900.9502 x 712
lrivo@greenfirelaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18
U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission,
and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the
intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission
is STRICTLY PROHIBITED. Please contact me immediately by return e-mail or at 510-900-9502 x 2, and destroy the original
transmission and its attachments without reading or saving in any manner.

[Quoted text hidden]

Case 3:23-cv-04120-PHK   Document 60-1   Filed 03/14/25   Page 4 of 10



**Lily Rivo <lrivo@greenfirelaw.com>**

---

## 1st Interim Response (23-00592-FOIA) US RTK v. CDC 23-cv-04120

**Lily Rivo** <lrivo@greenfirelaw.com>                                   Fri, Jan 12, 2024 at 11:44 AM
To: "Friend, Molly (USACAN)" <Molly.Friend@usdoj.gov>
Cc: Rachel Doughty <rdoughty@greenfirelaw.com>

Molly,
Bringing this email from January 4 your attention. Appreciate your response.
Lily

Lily Rivo, Esq.
**Greenfire Law, PC**
2748 Adeline Street, Suite A
Berkeley, CA 94703
T: 510.900.9502 x 712
lrivo@greenfirelaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18
U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission,
and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the
intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission
is STRICTLY PROHIBITED. Please contact me immediately by return e-mail or at 510-900-9502 x 2, and destroy the original
transmission and its attachments without reading or saving in any manner.

[Quoted text hidden]



**GREENFIRE LAW, PC**

Lily Rivo <lrivo@greenfirelaw.com>

---

## 1st Interim Response (23-00592-FOIA) US RTK v. CDC 23-cv-04120

---

**Friend, Molly (USACAN)** <Molly.Friend@usdoj.gov>                          Fri, Jan 19, 2024 at 11:05 AM
To: Lily Rivo <lrivo@greenfirelaw.com>
Cc: Rachel Doughty <rdoughty@greenfirelaw.com>

Hi Lily,

I am still waiting to hear back on an estimate for the Vaughn index but will follow-up again. As for the full release, the goal is to have the response complete by then, yes.  Again, the documents are still under consultation, and the agency can't release them until that's complete. But they have impressed that they would like that done by the end of the month.  I will let you know as soon as I get an update on either of these fronts.

[Quoted text hidden]



**Lily Rivo <lrivo@greenfirelaw.com>**

## 1st Interim Response (23-00592-FOIA) US RTK v. CDC 23-cv-04120

**Friend, Molly (USACAN)** <Molly.Friend@usdoj.gov>                     Wed, Jan 31, 2024 at 9:08 AM
To: Lily Rivo <lrivo@greenfirelaw.com>
Cc: Rachel Doughty <rdoughty@greenfirelaw.com>

Dear Lily,

As an update on the above matter, agency counsel is still waiting for the final 5 pages from DOS for the remainder of this production. Counsel is continuing to follow-up and as soon as I receive an update I will let you know.

[Quoted text hidden]



Lily Rivo <lrivo@greenfirelaw.com>

---

## 1st Interim Response (23-00592-FOIA) US RTK v. CDC 23-cv-04120

**Lily Rivo** <lrivo@greenfirelaw.com>                                    Wed, Feb 7, 2024 at 3:57 PM
To: "Friend, Molly (USACAN)" <Molly.Friend@usdoj.gov>
Cc: Rachel Doughty <rdoughty@greenfirelaw.com>

Molly,
I appreciate this update, however we have waited weeks for an estimated date on the production of the Vaughn Index, as well production of the remaining five documents.

We respectfully request an estimated date by which the Agency will produce the Index and release the remaining five documents. As you know, the Agency must provide an estimated date by which they will complete action on the request. 5 USC § 552(a)(7)(B)(ii).

Our case management conference statement is due on 2/26. Ideally these issues will be resolved or at the very least, calendared with deadlines by that time.
Thank you.


Lily Rivo, Esq.
**Greenfire Law, PC**
2748 Adeline Street, Suite A
Berkeley, CA 94703
T: 510.900.9502 x 712
lrivo@greenfirelaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact me immediately by return e-mail or at 510-900-9502 x 2, and destroy the original transmission and its attachments without reading or saving in any manner.


[Quoted text hidden]



**Lily Rivo <lrivo@greenfirelaw.com>**

---

## 1st Interim Response (23-00592-FOIA) US RTK v. CDC 23-cv-04120

---

**Friend, Molly (USACAN)** <Molly.Friend@usdoj.gov>         Tue, Feb 13, 2024 at 2:26 PM
To: Lily Rivo <lrivo@greenfirelaw.com>
Cc: Rachel Doughty <rdoughty@greenfirelaw.com>

Dear Lily,

The CDC anticipates having a draft Vaughn Index completed by March 29, 2024.  I will try to get that turned around immediately upon receipt.  The agency is reaching out again to DOS regarding the remaining documents for production and I will let you know once they receive a response.

[Quoted text hidden]

Case 3:23-cv-04120-RHK Document 60-1 Filed 03/14/25 Page 9 of 10



**Lily Rivo <lrivo@greenfirelaw.com>**

---

## 1st Interim Response (23-00592-FOIA) US RTK v. CDC 23-cv-04120

---

**Friend, Molly (USACAN)** <Molly.Friend@usdoj.gov>                    Wed, Feb 14, 2024 at 9:55 AM
To: Lily Rivo <lrivo@greenfirelaw.com>
Cc: Rachel Doughty <rdoughty@greenfirelaw.com>

Dear Lily,

I can certainly request that the Vaughn Index be prepared earlier, however, I cannot guarantee that is possible.  I do know that the agency is working diligently to respond to US RTK's request.  As you may be aware, last month the CDC was ordered to produced 7.8 million free-text fields from the V-Safe application in other FOIA litigation.  To say their office is overwhelmed is an understatement.  I understand US RTK's position and expect it will be reflected in the Joint Status Report.  I will provide you with a further update as soon as I have one.

[Quoted text hidden]



**Lily Rivo <lrivo@greenfirelaw.com>**

---

## 1st Interim Response (23-00592-FOIA) US RTK v. CDC 23-cv-04120

**Lily Rivo** <lrivo@greenfirelaw.com>                                    Wed, Feb 14, 2024 at 8:28 AM
To: "Friend, Molly (USACAN)" <Molly.Friend@usdoj.gov>
Cc: Rachel Doughty <rdoughty@greenfirelaw.com>

Molly, thank you for this update.
Waiting until March 29 for the Vaughn Index is unacceptable. It's been more than one year since USRTK submitted both of their FOIA requests. (January 24, 2023, Request 1; and, January 31, 2023, Request 2). As detailed in the complaint, communication from CDC regarding both Request 1 and 2 ceased in May, 2023. Fortunately, after USRTK filed the complaint in August, 2023, the CDC produced documents. (August 18, 2023, Request 2; and, December 22, 2023, Request 1).

Shortly after the most recent production, on January 4, USRTK requested a Vaughn Index. On January 16, 2024, CDC stated that the Vaughn Index was being prepared and that the remaining documents would be produced after consultation, released by the end of the month. At the end of the month, neither the documents nor the Vaughn Index were produced.

Waiting until March 29 for the Vaughn Index is an unreasonable further delay. USRTK requests the Vaughn Index to better understand the CDC's withholdings, and ultimately, to avoid subsequent litigation.
Please confirm an earlier date by which the Vaughn Index and remaining documents will be produced. Our joint status report is due March 4, 2024.
Thank you,
Lily

Lily Rivo, Esq.
**Greenfire Law, PC**
2748 Adeline Street, Suite A
Berkeley, CA 94703
T: 510.900.9502 x 712
lrivo@greenfirelaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact me immediately by return e-mail or at 510-900-9502 x 2, and destroy the original transmission and its attachments without reading or saving in any manner.

[Quoted text hidden]