| Date | Time | Reduction | Activity | UTBMS Task Code | Description | User | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| 3/19/25 | 0.2 | 100% | A104 Review/analyze L460 Post-Trial Motions and Submissions | L460 Post-Trial Motions and Submissions | Review deadlines and calendar accordingly, update tracker spreadsheet | Lily Rivo | $948.00 | $0 |
| 3/19/25 | 0.1 | 100% | A101 Plan and prepare for L240 Dispositive Motions | L240 Dispositive Motions | Update calendar with hearing information for Motion for Fees and Costs | Lily Rivo | $948.00 | $0 |
| 3/19/25 | 0.6 | 100% | A104 Review/analyze L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | Review docket and filings; check with court re: hearing date; update file and tasks/calendar; meet w/ LR and RAB re: next steps, spreadsheet and workflow | Jessica San Luis | $258.00 | $0 |
| 3/19/25 | 0.4 | 100% | A104 Review/analyze L460 Post-Trial Motions and Submissions | L460 Post-Trial Motions and Submissions | Review order on fees | Lily Rivo | $948.00 | $0 |
| 3/25/25 | 0.2 | 100% | A105 Communicate (in firm) L460 Post-Trial Motions and Submissions | L460 Post-Trial Motions and Submissions | Confer w/ co-counsel re reply brief strategy & preparing supporting table for additional time | Rachel Doughty | $1,141.00 | $0 |
| 3/25/25 | 0.2 | | A105 Communicate (in firm) L460 Post-Trial Motions and Submissions | L460 Post-Trial Motions and Submissions | Strategize about reply brief for fee motion | Rae Lovko | $1,141.00 | $228.00 |
| 3/25/25 | 0.2 | | A105 Communicate (in firm) L460 Post-Trial Motions and Submissions | L460 Post-Trial Motions and Submissions | Strategize with co-counsel regarding reply brief | Lily Rivo | $948.00 | $189.60 |
| 3/25/25 | 0.2 | 100% | A105 Communicate (in firm) L460 Post-Trial Motions and Submissions | L460 Post-Trial Motions and Submissions | Meet with co counsel re reply brief strategy & preparing supporting table for additional time | Lily Rivo | $948.00 | $0 |

| Date | Time | Reduction | Activity | UTBMS Task Code | Description | User | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| 3/30/25 | 0.2 | 100% | A104 Review/analyze L460 Post-Trial Motions and Submissions | L460 Post-Trial Motions and Submissions | Review opposition to motion for fees and declaration ISO | Lily Rivo | $948.00 | $0 |
| 3/31/25 | 0.2 | 100% | A104 Review/analyze L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | Review opposition motion and declaration; update file and tasks | Jessica San Luis | $258.00 | $0 |
| 3/31/25 | 1.9 | | A104 Review/analyze L460 Post-Trial Motions and Submissions | L460 Post-Trial Motions and Submissions | Review opposition brief, declaration ISO in preparation for drafting reply | Lily Rivo | $948.00 | $1,801.20 |
| 3/31/25 | 0.5 | | A105 Communicate (in firm) L460 Post-Trial Motions and Submissions | L460 Post-Trial Motions and Submissions | Confer with co counsel regarding strategy for reply brief, fee motion | Lily Rivo | $948.00 | $474.00 |
| 3/31/25 | 0.7 | | A103 Draft/revise L460 Post-Trial Motions and Submissions | L460 Post-Trial Motions and Submissions | Outline arguments for reply brief, review correspondence to refute arguments | Lily Rivo | $948.00 | $663.60 |
| 3/31/25 | 1.4 | 100% | A103 Draft/revise L460 Post-Trial Motions and Submissions | L460 Post-Trial Motions and Submissions | Update argument on exemptions (b)(4)( and (b)(5); draft reply section on entitlement | Lily Rivo | $948.00 | $0 |
| 3/31/25 | 0.8 | 100% | A102 Research C200 Researching Law | C200 Researching Law | Research caselaw cited by Defendants; update argument on entitlement | Lily Rivo | $948.00 | $0 |
| 3/31/25 | 0.8 | 100% | A103 Draft/revise L460 Post-Trial Motions and Submissions | L460 Post-Trial Motions and Submissions | Update summary of agency response to requests for entitlement section | Lily Rivo | $948.00 | $0 |
| 3/31/25 | 0.5 | | A105 Communicate (in firm) L460 Post-Trial Motions and Submissions | L460 Post-Trial Motions and Submissions | Communication with LR regarding opp to motion fee | Rae Lovko | $1,141.00 | $570.50 |

| Date | Time | Reduction | Activity | UTBMS Task Code | Description | User | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| 4/1/25 | 0.5 | | A102 Research C200 Researching Law | C200 Researching Law | Review caselaw on dispositive nature of 4th factor to entitlement ISO reply brief | Lily Rivo | $948.00 | $474.00 |
| 4/1/25 | 0.8 | 50% | A103 Draft/revise L460 Post-Trial Motions and Submissions | L460 Post-Trial Motions and Submissions | Update reply brief to address arguments regarding fees-on-fees and billing practices | Lily Rivo | $948.00 | $379.20 |
| 4/1/25 | 0.1 | 100% | A105 Communicate (in firm) L460 Post-Trial Motions and Submissions | L460 Post-Trial Motions and Submissions | Confer with counsel regarding reference to USRTK v USU case in opposition brief | Lily Rivo | $948.00 | $0 |
| 4/1/25 | 0.7 | 100% | A103 Draft/revise L460 Post-Trial Motions and Submissions | L460 Post-Trial Motions and Submissions | Update entitlement section, request one in reply brief | Lily Rivo | $948.00 | $0 |
| 4/1/25 | 0.6 | 100% | A103 Draft/revise L460 Post-Trial Motions and Submissions | L460 Post-Trial Motions and Submissions | Update argument on third party reliance and discretion as justification for reasonableness ISO reply brief | Lily Rivo | $948.00 | $0 |
| 4/2/25 | 1.8 | | A102 Research L460 Post-Trial Motions and Submissions | L460 Post-Trial Motions and Submissions | Research on commercial interests and FOIA exemption 4 scope; research on STRIVE initiative | Rae Lovko | $1,141.00 | $2,053.80 |
| 4/2/25 | 0.3 | | A105 Communicate (in firm) L460 Post-Trial Motions and Submissions | L460 Post-Trial Motions and Submissions | Confer with co counsel regarding structure of reply brief | Lily Rivo | $948.00 | $284.40 |
| 4/2/25 | 1.5 | 100% | A103 Draft/revise L460 Post-Trial Motions and Submissions | L460 Post-Trial Motions and Submissions | Draft summary doc for co counsel with correspondence and overview of fees argument to refute opposition | Lily Rivo | $948.00 | $0 |
| 4/2/25 | 0.3 | | A105 Communicate (in firm) L460 Post-Trial Motions and Submissions | L460 Post-Trial Motions and Submissions | Discussion with LR regarding reply to fee motion | Rae Lovko | $1,141.00 | $342.30 |

| Date | Time | Reduction | Activity | UTBMS Task Code | Description | User | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| 4/2/25 | 4.6 | | A103 Draft/revise L460 Post-Trial Motions and Submissions | L460 Post-Trial Motions and Submissions | Draft fee motion reply | Rae Lovko | $1,141.00 | $5,248.60 |
| 4/2/25 | 0.7 | 100% | A104 Review/analyze L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | Update costs and fees sheet with hours; email w/RL | Jessica San Luis | $258.00 | $0 |
| 4/3/25 | 5.5 | 20% | A103 Draft/revise L460 Post-Trial Motions and Submissions | L460 Post-Trial Motions and Submissions | Draft fee motion reply; incorporate co-counsel edits; review fee sheet | Rae Lovko | $1,141.00 | $5,020.40 |
| | | | | | | | | **$17,730** |